UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
CABLE FIRST CONSTRUCTION INC., et al.,   :
                                                              Plaintiffs,   :   **ORDER REGULATING PROCEEDINGS**

        -against-                                :   20 Civ. 5894 (AKH)

LEPUTIUK ENGINEERING CORP., et al.   :
                                                  Defendants.   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a telephonic oral argument on January 29, 2021, at 11:30 a.m., which will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than January 27, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    November 9, 2020        _____/s/ Alvin K. Hellerstein_____
            New York, New York        ALVIN K. HELLERSTEIN
                                                    United States District Judge