**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CABLE FIRST CONSTRUCTION INC., et al.,

                          Plaintiffs,

     -against-                           20 **CIVIL** 5894 (AKH)
                                        20 **CIVIL** 6679 (AKH)

LEPETIUK ENGINEERING CORP., et al.,        **JUDGMENT**

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 27, 2021, case number 20-cv-5894, is dismissed without prejudice and without costs; Dmytro Lepetiuk is dismissed as a party in 20-cv-6679, with prejudice and with costs, taxed by the Clerk.

**Dated:**  New York, New York
           January 28, 2021

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                      **BY:**
                                                      **Deputy Clerk**